**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 21, 2024

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

                Re: United States v. Adil Duran,
                         24 Cr. 167 (NRB)

Your Honor,

      I write to request an adjournment of the conference scheduled for June 27, 24, to a date in the end of July, 2024 or early August, 2024, to permit the defense additional time to review the discovery in this matter. The government, by Dominick Gentile, Esq., consents to this application.

      As this adjournment is sought for discovery review, the time between June 27, 2024 and the adjourned date should be excluded from speedy trial calculations.

                                                       Respectfully,

Application granted.         *Lisa Scolari*
Conference adjourned to   Lisa Scolari
August 1, 2024 at 11:30
A.M.

SO ORDERED:

_____
HON NAOMI REICE BUCHWALD