LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

March 4, 2025

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Adil Duran,
24 Cr. 167 (NRB)

Your Honor,

    I write to request an adjournment of the sentence in this case currently scheduled for March 18, 2025 to a date in mid-June, 2025. Mr. Duran is facing a new charge in the E.D.N.Y. based on an alleged assault in MDC. The adjournment is sought in anticipation of a resolution of that matter, which could have a bearing on the sentence in this case. A mid-June date is also sought as both the government, by Dominick Gentile, Esq., and I expect to be engaged in different trials from mid-May through early June, 2025.

    The government, by Dominick Gentile, Esq consents to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

```
Application granted.  Defendant's sentencing submission shall be due on June
3, 2025.  The Government's submission shall be due on June 10, 2025.  The
sentencing hearing shall be held on June 17, 2025 at 3:00 p.m.
```

SO ORDERED:

*[signature]*

HON NAOMI REICE BUCHWALD

```
Dated:       March 4, 2025
             New York, New York
```