LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

August 5, 2025

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

                        Re: United States v. Adil Duran,
                             24 Cr. 167 (NRB)

Your Honor,

      I write to request an adjournment of the sentence in this case currently scheduled for August 14, 2025, to a date after October 7, 2025. Mr. Duran's E.D.N.Y. case has been resolved by a plea and he is scheduled for sentence on October 7, 2025. The adjournment is sought because the case before this Court comprises a more serious charge and the sentence in the E.D.N.Y. assault case may have a bearing on the sentence in this case. The government, by Dominick Gentile, Esq consents to this application.

                                                    Respectfully,

                                                    *Lisa Scolari*

                                                    Lisa Scolari

```
Application granted. Defendant's sentencing submission shall be due on October 17, 2025.
The Government's submission shall be due on October 28, 2025. The sentencing hearing
shall be held on November 6, 2025 at 3:00 p.m.
```

SO ORDERED:

*[signature]*

HON NAOMI REICE BUCHWALD