LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

October 17, 2025

Hon. Naomi Reice Buchwald  
United States District Court  
500 Pearl Street  
New York, N.Y. 10007  
*via ECF*

                Re: United States v. Adil Duran,  
                      24 Cr. 167 (NRB)

Your Honor,

     I write to request an extension of time for filing of the defense sentencing submission. The sentence in this matter is scheduled for November 6, 2025 and the Court directed that the defense submission be filed today, rather than the ususal two weeks prior to sentence. As I do not anticipate raising any legal or factual issues that would require a *Fatico* hearing, I request an extension of the filing date to Monday, October 20, 2025.

     The government, by Dominic Gentile, Esq., consents to this request and seeks a commensurate extension of the government's time to file to October 30, 2025. The defense consents to that request.

                                     Respectfully,

                                     *Lisa Scolari*  
                                   Lisa Scolari

SO ORDERED:

*[signature]*  
HON NAOMI REICE BUCHWALD

Dated: October 20, 2025  
       New York, New York